UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
DEC 19 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

MONROE L. COLEMAN, #01723-016,

Petitioner,

v.  ACTION NO. 2:13cv608

WARDEN, ERIC D. WILSON,

Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner, a D.C. prisoner housed in a federal penitentiary in Virginia, alleges his federal rights were violated during sentencing hearings in the D.C. Superior Court held on January 27, 1986, and January 12, 1990.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed November 18, 2014, recommends that the petition be denied for lack of subject matter jurisdiction. The Court has received no objections to the Report and Recommendation and the time for filing objections has expired.

Petitioner's second Motion for Leave to Expand the Record, filed on September 2, 2014, is GRANTED, and the Court has considered the arguments contained therein while preparing this Final Order. ECF No. 28.

The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore ORDERED that the petition be DENIED for lack of subject matter jurisdiction. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.

/s/ MSD
Mark S. Davis
United States District Judge

Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
December 19, 2014

2